■ UNITED CAPITAL CORP., Respondent, v 183 LORRAINE STREET ASSOCIATES et al., Defendants, and FRENCH BOUREKAS, INC., Appellant. [614 NYS2d 916] —Appeal by the defendant French Bourekas, Inc., from an order of the Supreme Court, Kings County (Shaw, J.), entered April 7, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Shaw at the Supreme Court. Mangano, P. J., Bracken, Pizzuto and Hart, JJ., concur.